| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | J. MARK KANG (NYBN 4033999)<br>Special Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-7050 |
| 7 | Facsimile: (415) 436-7234<br>Email: Mark.Kang@usdoj.gov |
| 8 | |
| 9 | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12-0305 CRB | |
| Plaintiff, | ) | | |
| v. | ) | NOTICE OF DISMISSAL | |
| JULIO GARCIA RODRIGUEZ, | ) | | |
| a/k/a Julio Roman Rodriguez, | ) | SAN FRANCISCO VENUE | |
| Defendant. | ) | | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice.

DATED: August 6, 2012

Respectfully submitted,

MELINDA HAAG
United States Attorney

MIRANDA KANE
Chief, Criminal Division

NOTICE OF DISMISSAL (CR 12-0305 CRB)

# [PROPOSED] ORDER

Leave is granted to the government to dismiss the indictment without prejudice.

**IT IS SO ORDERED.**

Date: __August 8, 2012__

_____
THE HONORABLE CHARLES R. BREYER
United States District Judge

NOTICE OF DISMISSAL (CR 12-0305 CRB)   2